## ORDER

PER CURIAM.

Defendant appeals the judgment upon his conviction by a jury of one count of robbery in the first degree, § 569.020, RSMo 1994, for which he was sentenced as a prior and persistent offender to fifteen years in the custody of the Department of Corrections. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 30.25(b).

Before CRAHAN, P.J., and GRIMM and HOFF, JJ.

## ORDER

PER CURIAM.

Victor Labantschnig appeals from a judgment dismissing his libel and invasion of privacy claims against Kenworth of St. Louis, Inc. and J.W. Ackerman (both referred to as respondents) upon the granting of respondents' motion to dismiss. That judgment resolved all of Labantschnig's claims against respondents.[1]

No error of law appears in the judgment. An extended opinion would have no precedential or jurisprudential value. Judgment affirmed in accordance with Rule 84.16(b).

■

**Victor LABANTSCHNIG,
Plaintiff–Appellant,**

v.

**KENWORTH OF ST. LOUIS, INC., and
J.W. Ackerman, Defendants–
Respondents.**

No. 71030.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 27, 1997.

Marvin Klamen, Clayton, for Plaintiff–Appellant.

Bernard A. Reinert, Thomas J. Burnside, St. Louis, for Defendants–Respondents.

1. After the trial court entered judgment on Labantschnig's claims against respondents, the only remaining defendant, Earle J. Niederluecke, filed a motion for clarification and to dismiss. In

■

**STATE of Missouri, Respondent,**

v.

**Richard Neal SCHONE, Appellant.**

**Richard Neal SCHONE, Appellant,**

v.

**STATE of Missouri, Respondent.**

Nos. 66748, 70828.

Missouri Court of Appeals,
Eastern District,
Division One.

May 27, 1997.

David L. Simpson, Asst. Public Defender, Columbia, for appellant.

December 1996, the trial judge granted that motion and clarified the earlier dismissal applied to all parties "such that the entire case is final for appeal purposes."